McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA COLLIER-McCAUL,<br><br>        Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>  Commissioner of<br>  Social Security,<br><br>        Defendant. | CASE NO. 2:05-CV-00807-GGH<br><br>ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT |

Pursuant to the stipulation of the parties, electronically filed *December 9, 2005*, showing good cause for a requested first extension of Plaintiff's time to file motion for summary judgment in order to permit Defendant additional time to review Plaintiff's request for voluntary remand, the request is hereby APPROVED.

Plaintiff's deadline to file motion for summary judgment is hereby extended to January 9, 2006.

SO ORDERED.

DATED: 12/21/05            /s/ Gregory G. Hollows
                           _____
                           GREGORY G. HOLLOWS
                           UNITED STATES MAGISTRATE JUDGE

collier.eot

1