McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA COLLIER-McCAUL,<br><br>             Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>             Defendant. | CASE NO. **2:05-CV-00807-WBS-GGH**<br><br>STIPULATION AND [proposed] ORDER REMANDING THE CASE AND DIRECTING THE CLERK TO ENTER JUDGMENT |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.  Upon remand, the Administrative Law Judge (ALJ) will consider the new evidence (MRI) submitted to the Appeals Council dated 8/18/04 (Tr. 403), re-assess the claimant's residual functional capacity, and obtain medical expert testimony to determine whether the claimant's mental and physical limitations affect her ability to perform work related activities.  The ALJ will also give further consideration to the opinion of Dr. Richwerger, and obtain medical expert testimony to determine the effects (if any) of claimant's obesity in conjunction with her other impairments on her ability to perform work-related activities.  The ALJ will evaluate the claimant's subjective complaints and the lay witness statements offered by claimant's mother and daughter (Tr. 86-93, 75-80).  Finally, the ALJ will obtain vocational expert testimony to determine whether any jobs exist for a person with the claimant's age, education, vocational background, and residual functional capacity.

1

It is further stipulated that the Clerk shall enter a separate judgment, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

The parties further stipulate that counsel for Plaintiff will provide a facsimile of this stipulation bearing counsel's signature for retention in Defendant's case file, and hereby authorizes counsel for Defendant to file this document in PDF format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: January 9, 2006   /s/ Robert K. Kolber
ROBERT K. KOLBER

Attorney for Plaintiff

DATED: January 9, 2006   McGREGOR W. SCOTT
United States Attorney

By: /s/ Bobbie J. Montoya
BOBBIE J. MONTOYA
Assistant U. S. Attorney

Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
Chief Counsel, Region IX
DONNA M. MONTANO
Assistant Regional Counsel
United States Social Security Administration

## ORDER

**This case is hereby remanded pursuant to sentence four of 42 U.S.C. 405(g) for further proceedings consistent with the stipulation of the parties. The prior administrative decision is vacated and the Clerk of the Court is directed to enter Judgment.**

**SO ORDERED.**

**DATED: January 11, 2006**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28